UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

NHELTA KAYREN

       Plaintiff,

V.                                               CIVIL ACTION NO

                                               **8:10-cv-01336-PJM**

VISION FINANCIAL COLLECTION SERVICES, INC.

Defendant.

                                           OCTOBER 20, 2010

NOTICE OF SETTLEMENT

The Plaintiff and Defendant having agreed to a settlement, the Plaintiff hereby gives notice to the Court that the parties have agreed to a settlement and ask this court to close the case, subject to re-opening if the settlement agreement is not consummated within 30 days.

          THE PLAINTIFF

          BY/S/Bernard T. Kennedy
          Bernard T. Kennedy, Esquire
          The Kennedy Law Firm
          P.O. Box 657
          Edgewater, MD 21037
          Ph   (443) 607-8901
          Fax (443) 607-8903
          Fed. Bar # Md26843
          bernardtkennedy@yahoo.com

*CERTIFICATION*

I hereby certify that on 10/20/10 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy